Jeffrey P. Kaufman, ISB No. 8022
Office of Kathleen A. McCallister,
        Chapter 13 Trustee
P.O. Box 1150
Meridian ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
jpk@kam13trustee.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br>MARK W. CLEGG, and<br>CINDY L. GLEGG,<br>          Debtors. | Case No. 22-00290-NGH<br><br>Chapter 13 |

---

**Notice of Motion to Dismiss and Opportunity to Object and for a Hearing**

**No Objection.**  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen [14] days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.**  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

**Hearing on Objection.**  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

### TRUSTEE'S MOTION TO DISMISS

NOW COMES Kathleen A. McCallister, standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho, by and through her attorney, Jeffrey P. Kaufman, and, pursuant to 11 U.S.C. § 1307(c)(1) & (3), hereby moves the Court for the entry of an order dismissing this case and in support asserts the following:

1.     The above-referenced debtors filed a voluntary chapter 13 bankruptcy petition July 7, 2022.  Docket No. 1.  Pursuant to Fed R. of Bankr. Proc. 1007 and 3015, Debtors had fourteen (14) days to file a plan and their 11 U.S.C. § 521(a)(1)(B) schedules and statements.

2.     Debtors have failed to timely file a chapter 13 plan or their 11 U.S.C. § 521(a)(1)(B) schedules and statements.

WHEREFORE, the Trustee respectfully requests that this case be dismissed.

DATED:  July 22, 2022            OFFICE OF KATHLEEN A. McCALLISTER,
                                 CHAPTER 13 TRUSTEE

                                 By:  */s/ Jeffrey P. Kaufman*
                                 Jeffrey P. Kaufman,
                                 Attorney for Trustee

### CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on July 22, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee              Luke Gordon, attorney for Debtor
ustp.region18.bs.ecf@usdoj.gov          luke@gordondelic.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Mark & Cindy Clegg
2063 N. Trailview Pl.
Boise, ID  83702

                                 */s/ Jeffrey P. Kaufman*
                                 Jeffrey P. Kaufman